**No. 09-818. Irene Romaniuk, Petitioner v. Illinois.**

559 U.S. 1006, 130 S. Ct. 1885, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2665.

March 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1139, 367 Ill. Dec. 609, 982 N.E.2d 287.